

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 1 15 CR 44 |
| v. | ) | |
| | ) | Title 18, Section 641, United States Code. |
| HARLEY J. HERVEY, | ) | |
| | ) | JUDGE POLSTER |
| Defendant. | ) | |

COUNT 1

The Grand Jury charges:

From in or around November 2007 and continuing until in or around October 2014, in the Northern District of Ohio, Eastern Division, HARLEY J. HERVEY, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to his own use, and without authority dispose of property of the United States exceeding $1,000.00 in value belonging to the United States Social Security Administration, an agency of the United States, to wit: Social Security Retirement benefits, in the amount of $86,926.60, in violation of Title 18, Section 641, United States Code.

A TRUE BILL.

Original Document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.